IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01531-REB-MJW

BRANDON LASSLEY, and
JULIA WALKER,

Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., *a Colorado corporation d/b/a/ Treatment Centers XL*,
TAMEA RAE SISCO, *individually and as beneficial owner of Aminokit Laboratories, Inc.*,
JONATHAN LEE, M.D., and
WHITE LODGING SERVICES CORPORATION, *an Indiana corporation*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiffs' Unopposed Motion to Amend Complaint (Docket No. 41) is GRANTED, finding that the motion is unopposed and that leave to amend shall be freely given under Fed. R. Civ. P. 15(a)(2);

- The proposed Amended Complaint (Docket No. 41-1) is ACCEPTED FOR FILING;

- White Lodging Services Corporation's Partial Motion To Dismiss Based On Statute Of Limitations (Docket No. 16) is DENIED AS MOOT because it is directed to an inoperative and superseded pleading, *see, e.g.*, *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted); *Brunet v. Quiznos*, 2008 WL 4380590 (D. Colo. Sept. 24, 2008);

- Defendant Jonathan Lee, M.D.'s Motion To Dismiss For Lack Of Jurisdiction (Docket No. 23) is DENIED AS MOOT; and

- Defendant Jonathan Lee, M.D.'s Joinder in White Lodging Services

Corporation's Partial Motion To Dismiss Based On Statute Of Limitations (Docket No. 34) is DENIED AS MOOT.

Date: October 15, 2015