IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01531-REB-MJW

BRANDON LASSLEY, and
JULIA WALKER,

Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., *a Colorado corporation d/b/a/ Treatment Centers XL*,
TAMEA RAE SISCO, *individually and as beneficial owner of Aminokit Laboratories, Inc.*,
JONATHAN LEE, M.D., and
WHITE LODGING SERVICES CORPORATION, *an Indiana corporation*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant White Lodging Service Corporation's Unopposed Motion for Entry of "Eyes Only" Protective Order (docket no. 65) is GRANTED finding good cause shown.  The written Eyes Only Protective Order (docket no. 65-1) is APPROVED and made an Order of Court.

Date: December 17, 2015