IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01531-REB-MJW

Julia Walker and Brandon Lassley

    Plaintiffs,

v.

Aminokit Laboratories, Inc., a Colorado Corporation d/b/a Treatment Centers XL; Tamea R. Sisco, individually and as beneficial owner of Aminokit Laboratories, Inc.; Jonathan Lee, M.D., and White Lodging Services Corporation, an Indiana Corporation.

    Defendant.

---

## EYES ONLY PROTECTIVE ORDER ( Docket No 65-1 )

---

On August 27, 2015, the Parties attended a Status Conference with the Court. Pursuant to the Court's suggestion with respect to the review of the White Lodging audit packs, the Court enters the following Protective Order, as follows:

1.    This Protective Order incorporates the terms of the previous Protective Orders entered by the Court in the case of *Doe v. Aminokit, et al.*, Case No. on February 18, 2015 and August 27, 2015, which are attached as **Exhibits A and B** respectively.

2.    An attorneys' "eyes only" review of the Fairfield Inn audit packs for dates June 17, 2012 through July 18, 2012 will take place at the office of White Lodging's counsel at a date mutually agreed upon by the Parties. The documents will be available for

EXHIBIT 1

inspection beginning December 17, 2015. All counsel are requested to schedule their reviews as soon as possible thereafter.

3. Reviewing counsel will not be permitted to copy in any manner the materials reviewed and no devices capable of copying documents will be permitted to be used during the review. Likewise, counsel will not be permitted to take notes related to any of the reviewed materials.

4. Counsel will designate any documents they wish to be copied by attaching a post it with their initials to the document. The names of hotel guests will be redacted from the designated documents. Redacted documents will be provided to counsel at within 15 days following counsel's review of the documents.

Done This 16th Day of December 2015.

By The Court

/s/ Michael J. Watanabe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **WHITE LODGING SERVICE CORPORATION'S FIRST SUPPLEMENTAL RULE 26(A)(1) DISCLOSURE** was served via e-mail this 23rd day of November, 2015 on the following:

Jerome M. Reinan
Jordan Gingrass
Jeremy Pollack
Law offices of J.M. Reinan, P.C.
1437 High Street
Denver, CO 80218
Attorneys for Plaintiffs

Richard Waltz
Christopher Reeves
Waltz Law Firm
1660 Lincoln Street, Suite 2510,
Denver, Colorado 80264, 303-830-8800
Attorneys for Defendant Lee

2

James Scherer
Miller & Law, PC
1900 W. Littleton Blvd.,
Littleton, CO 80120
Attorneys for Defendants Aminokit and Sisco

*s/ Michelle J. Whannel*

A printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.