**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01531-REB-MJW

BRANDON LASSLEY, and
JULIA WALKER,

 Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., a Colorado corporation d/b/a/ Treatment Centers XL,
TAMEA RAE SISCO, individually and as beneficial owner of Aminokit Laboratories, Inc.,
JONATHAN LEE, M.D., and
WHITE LODGING SERVICES CORPORATION, an Indiana corporation,

 Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

 The matter before me is the recommendation of the magistrate judge contained in his **Report and Recommendation on Defendant White Lodging Services Corporation's Renewed Partial Motion To Dismiss Based on Statute of Limitations (Docket No. 49)** [#63],[1] filed November 18, 2015. No objection having been timely filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation contained in the magistrate judge's **Report and Recommendation on Defendant White Lodging Services Corporation's Renewed Partial Motion To Dismiss Based on Statute of Limitations (Docket No. 49)** [#63], filed November 18, 2015, is approved an adopted as an order of this court; and

2. That defendants' **Renewed Partial Motion To Dismiss Based on Statute of Limitations** [#49], filed October 22, 2015, is denied.

Dated December 23, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge