IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01531-MJW

BRANDON LASSLEY, and
JULIA WALKER,

Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., *a Colorado corporation d/b/a/ Treatment Centers XL*,
TAMEA RAE SISCO, *individually and as beneficial owner of Aminokit Laboratories, Inc.*,
JONATHAN LEE, M.D., and
WHITE LODGING SERVICES CORPORATION, *an Indiana corporation*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants Aminokit Laboratories and Ramea Rae Sisco's Motion to Request a Hearing to Modify the Scheduling Order (**Docket No. 79**) is DENIED.  A change in counsel does not establish good cause for re-setting current deadlines, nor does it require reconsidering the tactical decisions made by previous counsel.  The Court appreciates the position counsel is in, but counsel accepted the case subject to pending deadlines.

Date: January 26, 2016