IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01531-REB-MJW

BRANDON LASSLEY, and
JULIA WALKER,

Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., *a Colorado corporation d/b/a/ Treatment Centers XL*,
TAMEA RAE SISCO, *individually and as beneficial owner of Aminokit Laboratories, Inc.*,
JONATHAN LEE, M.D., and
WHITE LODGING SERVICES CORPORATION, *an Indiana corporation*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint to Add Claim for Negligence Against Defendant White Lodging (Docket No. 85) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 15.1, requiring a strike-through copy as an exhibit.

Date: February 29, 2016