**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01531-REB-MJW

BRANDON LASSLEY, and
JULIA WALKER,

     Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., a Colorado corporation, d/b/a TREATMENT CENTERS XL;
TAMEA RAE SISCO, individually and as beneficial owner of Aminokit Laboratores, Inc.;
JONATHAN LEE, MD; and
WHITE LODGING SERVICES CORPORATION, an Indiana corporation,

     Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter is before me on the parties' **Stipulation for Dismissal with Prejudice** [#94][1] filed April 15, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the claims of the plaintiff against the defendant, White Lodging Services Corporation, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That the claims of the plaintiff against the defendant, White Lodging Services

---

[1] "[#94]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2

Corporation, are dismissed with prejudice, with the affected parties to bear their attorney fees and costs; and

    3.  That the defendant, White Lodging Services Corporation, is dropped as a party to this action, and the caption shall be amended accordingly.

    Dated April 15, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge